UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
*RICHMOND* DIVISION

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL BANKRUPTCY RULE 2090-1(E)(3)**

**In Case No.:** 19-36611-KLP ,* **Case Name** Patricia Denise Daley Brown

PERSONAL STATEMENT

FULL NAME (no initials, please) Stanley Love Tate
Bar Identification Number 66564     State Missouri
Firm Name Tate Esq, LLC
Firm Phone # 314-884-1886     Direct Dial # 314-884-1886     FAX # 314-561-7036
E-Mail Address tate@tateesq.com
Office **Mailing** Address 222 S Meramec Ave, Suite 202-1096, St Louis, MO 63105
Name(s) of federal court(s) in which I have been admitted EDMO, WDMO, WDTN

I am a member in good standing of the Bar of the following United States District Court(s): EDMO and WDMO
_____.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

/s/ Stanley Tate
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Jason M. Krumbein          2024-Feb-14
(Signature)                    (Date)

Jason M. Krumbein
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

[ver. 01/22]