Bankruptcy Case No. 19-36611-KLP

Adversary Proceeding No. 24-3003

## CERTIFICATE OF SERVICE

I, Jason M. Krumbein, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/16/2024 by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Navient c/o David Yeowan, CEO, Navient Solutions, LLC, 123 S. Justison St. Ste 300, Wilmington, DE 19801-5363
Navient C/O Deutchse Bank Trust Co, 111 Continental Dr, Suite Sut 102 Newark, DE 19713
Navient Solutions, Inc, P>O Box 9500, Wilkes-Barre, PA 18773-9500

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]

__ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

2/16/2024                                    /s/ Jason M. Krumbein
Date                                         Signature

**Print Name**
Jason M. Krumbein
**Business Address**
1650 Willow Lawn Dr. Suite 201

| City | State | Zip |
|---|---|---|
| Richmond | VA | 23230 |

[ver. 05/02]

Bankruptcy Case No. 19-36611-KLP

Adversary Proceeding No. 24-3003

## CERTIFICATE OF SERVICE

I, Jason M. Krumbein, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/16/2024 by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
National Collegiate Student Loan Trust 2004-2 c/o Wilmington Trust Co, Rodney Square N. 1100 N. Market St. Wilmington, DE 19890

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]

__ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

2/16/2024                                    /s/ Jason M. Krumbein, Esq.
Date                                                Signature

**Print Name**
Jason M. Krumbein, Esq.

**Business Address**
1650 Willow Lawn Dr. Suite 201

| City | State | Zip |
|------|-------|-----|
| Richmond | VA | 23230 |

[ver. 05/02]

Bankruptcy Case No. 19-36611-KLP

Adversary Proceeding No. 24-3003

## CERTIFICATE OF SERVICE

I, Jason M. Krumbein _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/16/2024 _____ by:
(date)

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
National Collegiate Student Loan Trust 2005-3 c/o Wilmington Trust Co, Rodney Square N. 1100 N. Market St. Wilmington, DE 19890

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]

__ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____2/16/2024_____        /s/ Jason M. Krumbein, Esq._____
         Date                                                               Signature

**Print Name**
Jason M. Krumbein, Esq.
**Business Address**
1650 Willow Lawn Dr. Suite 201

| City | State | Zip |
|---|---|---|
| Richmond | VA | 23230 |

[ver. 05/02]

Bankruptcy Case No. 19-36611-KLP

Adversary Proceeding No. 24-3003

## CERTIFICATE OF SERVICE

I, Jason M. Krumbein (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/16/2024 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
National Collegiate Student Loan Trust 2006-3 c/o Wilmington Trust Co, Rodney Square N. 1100 N. Market St. Wilmington, DE 19890

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]

__ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____2/16/2024_____          /s/ Jason M. Krumbein, Esq.
Date                              Signature

| **Print Name** | | |
|---|---|---|
| Jason M. Krumbein, Esq. | | |
| **Business Address** | | |
| 1650 Willow Lawn Dr. Suite 201 | | |
| **City** | **State** | **Zip** |
| Richmond | VA | 23230 |

[ver. 05/02]