**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 19-36611-KLP |
| PATRICIA DENISE DALEY BROWN, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| PATRICIA BROWN, ) | Adv. Proc. No.: 24-03003 |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge Kevin L. Phillips |
| ) | |
| NAVIENT PRIVATE STUDENT LOAN ) | |
| TRUST, and NATIONAL COLLEGIATE ) | |
| STUDENT LOAN TRUST 2004-2, ) | |
| 2005-3, and 2006-3, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

    I, Johnie R. Muncy, a member of the firm of Samuel I. White, P.C., counsel for Navient Solutions, LLC, hereby certify that a copy of the following documents

**NAVIENT SOLUTIONS, LLC'S FIRST SET OF INTERROGATORIES**

**NAVIENT SOLUTIONS, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**NAVIENT SOLUTIONS, LLC'S FIRST SET OF REQUESTS FOR ADMISSION**

**NAVIENT SOLUTIONS, LLC'S DISCLOSURES PURSUANT TO BANKRUPTCY RULE 7026 AND FED.R.CIV.P. 26(a)(1)**

was served electronically on the following:

Jason M. Krumbein, Counsel for Plaintiff at JKrumbein@KrumbeinLaw.com
Stanley Tate, Counsel for Plaintiff at tate@tateesq.com


And was mailed via US Mail to Debtor's Counsel at:

Jason M. Krumbein, Esquire
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive
Suite 201
Richmond, VA 23230

    and

Stanley Tate, Esquire
Tate Esq, LLC
222 S, Meramec Avenue
Suite 202-1096
St. Louis, MO 63105


Dated at Richmond, Virginia, this 21st day of March, 2024.


By: **/s/ Johnie R. Muncy**
Johnie R. Muncy, Esquire, Bar No. 73248
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

D. Carol Sasser, Esquire, Bar No. 28422
596 Lynnhaven Parkway Suite 200,
Virginia Beach VA 23452
Samuel I. White, P.C.
Tel.: (757) 490-9284
Fax: (757) 490-8143
jmuncy@siwpc.com
Attorneys for Navient Solutions, LLC