UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re Patricia Denise Daley Brown,<br><br>Debtor<br><br>Patricia Brown,<br><br>**Plaintiff**<br><br>v.<br><br>Navient Private Student Loan Trust, and<br><br>National Collegiate Student Loan Trust 2004-2, 2005-3, and 2006-3<br><br>**Defendant** | Case No.: 19-36611-KLP<br><br>Adv. No.: 24-03003<br><br>Chapter 7<br><br>**Notice of Stipulated Dismissal of Adversary Proceeding AS TO National Collegiate Student Loan Trust entities ONLY** |

### NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN PARTIES

Patricia Brown has reached a stipulated agreement with:

- National Collegiate Student Loan Trust 2004-2
- National Collegiate Student Loan Trust 2005-3
- National Collegiate Student Loan Trust 2006-3

As these trusts have not filed a response to the lawsuit, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) and its bankruptcy counterpart, Federal Rule of Bankruptcy Procedure 7041, Patricia hereby files

this notice of dismissal of the adversary proceeding against these named trusts WITH PREJUDICE.

Respectfully submitted,

Attorneys for Patricia Brown

| /s/ Stanley Tate (PHV Pending) | /s/ Jason M. Krumbein |
|---|---|
| Stanley Tate • Bar No.: 66564MO | Jason M. Krumbein VSB#43538 |
| 222 S Meramec | 1650 Willow Lawn Dr. |
| Suite 202-1096 | Suite 201 |
| St Louis MO  63105 | Richmond, VA 23230 |
| 314.884.1886 • 314-561-7036 fax | 804.592.0792 • 804.823.5265 fax |
| tate@tateesq.com | JKrumbein@KrumbeinLaw.com |

## Certificate of Service

I hereby certify that on this 17 July 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Johnie R. Muncy, Esq.

Counsel for Navient Solutions, LLC

And the following non-filing parties:

Aaron Easley, Esq.

Counsel for NCSLT trust entities

by email: aeasley@sessions.legal

/s/ Jason M. Krumbein

Jason M. Krumbein VSB#43538

1650 Willow Lawn Dr.

Suite 201

Richmond, VA 23230

804.592.0792 • 804.823.5265 fax

JKrumbein@KrumbeinLaw.com